246 U. S.   Cases Disposed of Without Consideration by the Court.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gustave F. Mertens* and *Mr. Benjamin P. Crum* for petitioner. No appearance for respondent.

---

No. 987. REDPATH LYCEUM BUREAU, PETITIONER, *v.* JOHN L. PICKERING, COLLECTOR OF INTERNAL REVENUE. April 29, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert M. Kales* and *Mr. Victor Elting* for petitioner. No brief for the United States.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM MARCH 4, 1918, TO MAY 6, 1918.

No. 413. INTERBORO BREWING COMPANY (INC.), PETITIONER, *v.* STANDARD BREWING COMPANY OF BALTIMORE. On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit. March 4, 1918. Dismissed with costs, on motion of counsel for petitioner. *Mr. Warren H. Small* and *Mr. George Ramsey* for petitioner. No appearance for respondent.

---

No. 331. DAVID GOLDSMITH, ET AL., PLAINTIFFS IN ERROR, *v.* ALFRED C. F. MEYER. In error to the St. Louis Court of Appeals of the State of Missouri. March 4, 1918. Dismissed, per stipulation. *Mr. David Goldsmith* for plaintiffs in error. *Mr. Hickman P. Rodgers* for defendant in error.